```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MENDIZABAL, on behalf of herself and all other others similarly situated,

        Plaintiff,

v.

VAN CLEEF & ARPELS, INC.,

        Defendant.

1:18-cv-00317

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Maria Mendizabal and Defendant Van Cleef & Arpels, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: July 31, 2018

COHEN & MIZRAHI LLP

By: _____
Joseph H. Mizrahi
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
(917)-299-6612
Email: joseph@cml.legal

*Attorneys for Plaintiff*

Dated: August 1, 2018
   New York, New York

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Douglas T. Schwarz
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6890
Email: douglas.schwarz@morganlewis.com

*Attorneys for Defendant*

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE